Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-10-00539-CV

Daniel R. **VILLARREAL**, Larry Praytor, and Barbara Praytor,
Appellants

v.

**CPRK II, LIMITED PARTNERSHIP**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-18467
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice

Delivered and Filed:  October 20, 2010

DISMISSED

Appellants have filed a motion indicating the parties have fully resolved and settled all issues in dispute. Because the parties have reached a final settlement of all issues raised in this appeal, appellants ask that we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellants' motion to dismiss is granted, and this appeal is dismissed. Costs of appeal are taxed against the appellants. *See id.* at (d).

PER CURIAM